HANSON BRIDGETT LLP
GARNER K. WENG, SBN 191462
gweng@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

*Attorneys for Defendant*
KOS MEDIA, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVEL 12 PRODUCTIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>KOS MEDIA, LLC,<br><br>    Defendant. | Case No. 4:25-cv-08929-KAW<br><br>**DEFENDANT KOS MEDIA, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Defendant Kos Media, LLC ("Defendant") hereby answers the Complaint ("Complaint") by Plaintiff Level 12 Productions, LLC ("Plaintiff"), as follows:

## INTRODUCTION

1. In response to Paragraph 1 of the Complaint, this paragraph states a legal conclusion to which no response is required; but, to the extent a response is appropriate, Defendant admits that this is an action for alleged copyright infringement. Defendant is without sufficient knowledge or information to form a belief as to the truth of the other allegations contained in this paragraph, and on that basis denies each and every other such allegation contained therein.

2. In response to Paragraph 2 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

3. In response to Paragraph 3 of the Complaint, Defendant admits that it owns and operates a website known as *Daily Kos*, accessible at www.dailykos.com. Except as so admitted, Defendant denies each and every other allegation contained in this paragraph.

4. In response to Paragraph 4 of the Complaint, Defendant admits that it owns and operates an account on YouTube known as *Daily Kos,* accessible at www.youtube.com/dailykos.

5. In response to Paragraph 5 of the Complaint, Defendant denies each and every allegation contained therein.

**PARTIES**

6. In response to Paragraph 6 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

7. In response to Paragraph 7 of the Complaint, Defendant admits it is a Delaware limited liability corporation with a place of business in Oakland, California. Except as so admitted, Defendant denies each and every allegation contained in this paragraph.

**JURISDICTION AND VENUE**

8. In response to Paragraph 8 of the Complaint, this paragraph states a legal conclusion to which no response is required; but, to the extent a response is appropriate, Defendant admits that this is an action for alleged copyright infringement. Defendant is without sufficient knowledge or information to form a belief as to the truth of the other allegations contained in this paragraph, and on that basis denies each and every other such allegation contained therein.

9. In response to Paragraph 9 of the Complaint, this paragraph states legal conclusions to which no responses are required; but, to the extent a response is appropriate, Defendant admits that it maintains business locations in California. Defendant is without sufficient knowledge or information to form a belief as to the truth of the other allegations contained in this paragraph, and on that basis denies each and every such other allegation contained therein.

10. In response to Paragraph 10 of the Complaint, this paragraph states a legal conclusion to which no response is required; but to the extent a response is appropriate, Defendant

1  is without sufficient knowledge or information to form a belief as to the truth of the allegations
2  contained in this paragraph, and on that basis denies each and every allegation contained therein.

**FACTS COMMON TO ALL CLAIMS**

A. **Plaintiff's Copyright Ownership**

5      11. In response to Paragraph 11 of the Complaint, Defendant is without sufficient
6  knowledge or information to form a belief as to the truth of the allegations contained in this
7  paragraph, and on that basis denies each and every allegation contained therein.

8      12. In response to Paragraph 12 of the Complaint, Defendant is without sufficient
9  knowledge or information to form a belief as to the truth of the allegations contained in this
10 paragraph, and on that basis denies each and every allegation contained therein.

11     13. In response to Paragraph 13 of the Complaint, Defendant is without sufficient
12 knowledge or information to form a belief as to the truth of the allegations contained in this
13 paragraph, and on that basis denies each and every allegation contained therein.

14     14. In response to Paragraph 14 of the Complaint, Defendant is without sufficient
15 knowledge or information to form a belief as to the truth of the allegations contained in this
16 paragraph, and on that basis denies each and every allegation contained therein.

17     15. In response to Paragraph 15 of the Complaint, Defendant is without sufficient
18 knowledge or information to form a belief as to the truth of the allegations contained in this
19 paragraph, and on that basis denies each and every allegation contained therein.

20     16. In response to Paragraph 16 of the Complaint, Defendant is without sufficient
21 knowledge or information to form a belief as to the truth of the allegations contained in this
22 paragraph, and on that basis denies each and every allegation contained therein.

23     17. In response to Paragraph 17 of the Complaint, Defendant is without sufficient
24 knowledge or information to form a belief as to the truth of the allegations contained in this
25 paragraph, and on that basis denies each and every allegation contained therein.

26     18. In response to Paragraph 18 of the Complaint, Defendant is without sufficient
27 knowledge or information to form a belief as to the truth of the allegations contained in this
28 paragraph, and on that basis denies each and every allegation contained therein.

19. In response to Paragraph 19 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

20. In response to Paragraph 20 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

21. In response to Paragraph 21 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

22. In response to Paragraph 22 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

23. In response to Paragraph 23 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

24. In response to Paragraph 24 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

25. In response to Paragraph 25 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

26. In response to Paragraph 26 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

27. In response to Paragraph 27 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

28. In response to Paragraph 28 of the Complaint, Defendant is without sufficient

knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

29. In response to Paragraph 29 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

30. In response to Paragraph 30 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

31. In response to Paragraph 31 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

32. In response to Paragraph 32 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

**B.     Defendant's Infringing Activity**

33. In response to Paragraph 33 of the Complaint, Defendant admits that it owns and operates an account on YouTube known as *Daily Kos,* accessible at www.youtube.com/dailykos. Defendant is without sufficient knowledge or information to form a belief as to the truth of the other allegations contained in this paragraph, and on that basis denies each and every such other allegation contained therein.

34. In response to Paragraph 34 of the Complaint, Defendant admits that it owns and operates an account on YouTube known as *Daily Kos,* accessible at www.youtube.com/dailykos. Defendant is without sufficient knowledge or information to form a belief as to the truth of the other allegations contained in this paragraph, and on that basis denies each and every such other allegation contained therein.

35. In response to Paragraph 35 of the Complaint, Defendant admits that it owns and operates an account on YouTube known as *Daily Kos,* accessible at www.youtube.com/dailykos, and that that account references and links to its website known as *Daily Kos*, accessible at

1  www.dailykos.com. Defendant is without sufficient knowledge or information to form a belief as to the truth of the other allegations contained in this paragraph, and on that basis denies each and every such other allegation contained therein.

36. In response to Paragraph 36 of the Complaint, Defendant admits that it operates a digital media platform. Defendant is without sufficient knowledge or information to form a belief as to the truth of the other allegations contained in this paragraph, and on that basis denies each and every such other allegation contained therein.

37. In response to Paragraph 37 of the Complaint, Defendant denies each and every allegation contained therein.

38. In response to Paragraph 38 of the Complaint, Defendant denies each and every allegation contained therein.

39. In response to Paragraph 39 of the Complaint, Defendant denies each and every allegation contained therein.

40. In response to Paragraph 40 of the Complaint, Defendant admits that, on or about December 4, 2022, Defendant posted a video at the stated link, with the title, "Far-right hate groups descend on Columbus, Ohio, school after police offer 'nothing' for protection," and Defendant alleges that that video speaks for itself. Except as so admitted or alleged, Defendant denies each and every such other allegation contained therein.

41. In response to Paragraph 41 of the Complaint, Defendant denies each and every allegation contained therein.

42. In response to Paragraph 42 of the Complaint, Defendant denies each and every allegation contained therein.

43. In response to Paragraph 43 of the Complaint, Defendant denies each and every allegation contained therein.

44. In response to Paragraph 44 of the Complaint, Defendant denies each and every allegation contained therein.

45. In response to Paragraph 45 of the Complaint, Defendant denies each and every allegation contained therein.

46. In response to Paragraph 46 of the Complaint, Defendant denies each and every allegation contained therein.

47. In response to Paragraph 47 of the Complaint, Defendant denies each and every allegation contained therein.

48. In response to Paragraph 48 of the Complaint, Defendant denies each and every allegation contained therein.

49. In response to Paragraph 49 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

50. In response to Paragraph 50 of the Complaint, Defendant admits that it posts content on its YouTube account; Defendant admits that, on or about December 4, 2022, Defendant posted a video at the stated link, with the title, "Far-right hate groups descend on Columbus, Ohio, school after police offer 'nothing' for protection," and Defendant alleges that that video speaks for itself. Defendant is without sufficient knowledge or information to form a belief as to the truth of the other allegations contained in this paragraph, and on that basis denies each and every such other allegation contained therein.

51. In response to Paragraph 51 of the Complaint, Defendant denies each and every allegation contained therein.

52. In response to Paragraph 52 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

53. In response to Paragraph 53 of the Complaint, Defendant denies each and every allegation contained therein.

54. In response to Paragraph 54 of the Complaint, Defendant denies each and every allegation contained therein.

55. In response to Paragraph 55 of the Complaint, Defendant admits that it owns and operates an account on YouTube known as *Daily Kos,* accessible at www.youtube.com/dailykos. Defendant is without sufficient knowledge or information to form a belief as to the truth of the

other allegations contained in this paragraph, and on that basis denies each and every such other allegation contained therein.

56. In response to Paragraph 56 of the Complaint, Defendant admits that it owns and operates an account on YouTube known as *Daily Kos,* accessible at www.youtube.com/dailykos; and Defendant denies that there were infringing activities. Except as so admitted or denied, Defendant is without sufficient knowledge or information to form a belief as to the truth of the other allegations contained in this paragraph, and on that basis denies each and every such other allegation contained therein.

57. In response to Paragraph 57 of the Complaint, Defendant admits that it owns and operates an account on YouTube known as *Daily Kos,* accessible at www.youtube.com/dailykos. Defendant is without sufficient knowledge or information to form a belief as to the truth of the other allegations contained in this paragraph, and on that basis denies each and every such other allegation contained therein.

58. In response to Paragraph 58 of the Complaint, Defendant denies each and every allegation contained therein.

59. In response to Paragraph 59 of the Complaint, Defendant denies each and every allegation contained therein.

60. In response to Paragraph 60 of the Complaint, Defendant denies each and every allegation contained therein.

61. In response to Paragraph 61 of the Complaint, Defendant admits that it owns and operates an account on YouTube known as *Daily Kos,* accessible at www.youtube.com/dailykos; and Defendant denies that there were infringing activities. Except as so admitted or denied, Defendant is without sufficient knowledge or information to form a belief as to the truth of the other allegations contained in this paragraph, and on that basis denies each and every such other allegation contained therein.

62. In response to Paragraph 62 of the Complaint, Defendant denies each and every allegation contained therein.

63. In response to Paragraph 63 of the Complaint, Defendant denies each and every allegation contained therein.

64. In response to Paragraph 64 of the Complaint, Defendant admits that, on or about July 24, 2023, it received a letter for the attorneys for Plaintiff, with the stated subject, "License Compliance Audit"; and Defendant alleges that this letter speaks for itself. Except as so admitted or alleged, Defendant is without sufficient knowledge or information to form a belief as to the truth of the other allegations contained in this paragraph, and on that basis denies each and every such other allegation contained therein.

65. In response to Paragraph 65 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

66. In response to Paragraph 66 of the Complaint, Defendant denies each and every allegation contained therein.

67. In response to Paragraph 67 of the Complaint, Defendant denies each and every allegation contained therein.

68. In response to Paragraph 68 of the Complaint, Defendant denies each and every allegation contained therein.

## FIRST COUNT

**(*Direct Copyright Infringements, 17 U.S.C. §501 et seq.*)**

69. In response to Paragraph 69 of the Complaint, Defendant incorporates by reference its responses in Paragraphs 1 through 68, inclusive, above.

70. In response to Paragraph 70 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

71. In response to Paragraph 71 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

72. In response to Paragraph 72 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

73. In response to Paragraph 73 of the Complaint, Defendant denies each and every allegation contained therein.

74. In response to Paragraph 74 of the Complaint, Defendant denies each and every allegation contained therein.

75. In response to Paragraph 75 of the Complaint, Defendant denies each and every allegation contained therein.

76. In response to Paragraph 76 of the Complaint, Defendant denies each and every allegation contained therein.

77. In response to Paragraph 77 of the Complaint, Defendant denies each and every allegation contained therein.

78. In response to Paragraph 78 of the Complaint, Defendant denies each and every allegation contained therein.

## JURY DEMAND

79. In response to Paragraph 79 of the Complaint, this paragraph states a conclusion to which no response is required; but, to the extent a response is appropriate, Defendant acknowledges that Plaintiff demands a trial of this action by jury.

## RESPONSE TO PRAYER FOR RELIEF

In response to Plaintiff's Prayer for Relief, Defendant denies that it infringed any copyright of Plaintiff; Defendant denies that Plaintiff is entitled to a monetary award of any sort (whether damages, statutory damages, losses, profits, attorneys' fees, interest, costs, or anything else) against Defendant; Defendant denies that Plaintiff is entitled to injunctive relief of any sort against Defendant; and Defendant denies that Plaintiff is entitled to any other relief from Defendant.

## SEPARATE DEFENSES

As separate and distinct defenses to the Complaint, and to each and every purported claim thereof, Defendant alleges the defenses set forth below. Defendant reserves the right to assert

additional separate or affirmative defenses based on further discovery, investigation, or analysis.

**FIRST SEPARATE DEFENSE**

1. The Complaint, and each and every purported claim for relief thereof, is barred (in whole or in part) because Defendant has not infringed and is not liable for the infringement of the purported copyright that Plaintiff asserts in this action, among other things, because Defendant did not violate any of the exclusive rights of the alleged copyright owner here under the Copyright Act.

**SECOND SEPARATE DEFENSE**

2. The Complaint, and each and every purported claim for relief thereof, is barred (in whole or in part) because Defendant's acts complained of in this action constitute fair use under the Copyright Act.

**THIRD SEPARATE DEFENSE**

3. Defendant is informed and believes and on that basis alleges that the Complaint, and each and every purported claim for relief thereof, is barred (in whole or in part) because Plaintiff, through its conduct, statement, actions, or omissions, impliedly granted Defendant, or non-parties to this action, a license to hold, use, reproduce, distribute, or sell the works against which Plaintiff asserts its purported copyright or copyrights in this action, with a reasonable opportunity for investigation or discovery being likely to provide evidentiary support.

**FOURTH SEPARATE DEFENSE**

4. Defendant is informed and believes and on that basis alleges that the Complaint, and each and every purported claim for relief thereof, is barred (in whole or in part) because Defendant was expressly or implicitly authorized to use the allegedly infringing work, with a reasonable opportunity for investigation or discovery being likely to provide evidentiary support.

**FIFTH SEPARATE DEFENSE**

5. Defendant is informed and believes and on that basis alleges that the Complaint, and each and every purported claim for relief thereof, is barred (in whole or in part) because of the doctrines of acquiescence, estoppel, waiver, or unclean hands, for which a reasonable opportunity for investigation or discovery is likely to provide evidentiary support.

**SIXTH SEPARATE DEFENSE**

6. Defendant is informed and believes and on that basis alleges that the Complaint, and each and every purported claim for relief thereof, is barred (in whole or in part) because of the doctrine of laches, among other things, because Plaintiff has unreasonably delayed in bringing this action by failing to exercise reasonable diligence, and this delay has prejudiced Defendant, with a reasonable opportunity for investigation or discovery being likely to provide evidentiary support.

**SEVENTH SEPARATE DEFENSE**

7. Defendant is informed and believes and on that basis alleges that the Complaint, and each and every purported claim for relief thereof, is barred (in whole or in part) because Plaintiff failed to properly mark its alleged copyrighted material and to give Defendant proper notice of its claimed copyright, for which a reasonable opportunity for investigation or discovery is likely to provide evidentiary support.

**EIGHTH SEPARATE DEFENSE**

8. Defendant is informed and believes and on that basis alleges that the Complaint, and each and every purported claim for relief thereof, is barred (in whole or in part) is barred because Plaintiff has sustained no loss or damages, for which a reasonable opportunity for investigation or discovery is likely to provide evidentiary support.

**NINTH SEPARATE DEFENSE**

9. If Plaintiff suffered any damages, which Defendant denies, Defendant is informed and believes and on that basis alleges that Plaintiff's damages were not proximately caused by any acts or omissions (wrongful or otherwise) of Defendant, for which a reasonable opportunity for investigation or discovery is likely to provide evidentiary support.

**TENTH SEPARATE DEFENSE**

10. If Plaintiff suffered any damages, which Defendant denies, Defendant is informed and believes and on that basis alleges that that individuals or entities other than Plaintiff were careless and negligent in and about the matters alleged in the Complaint and that this carelessness and negligence proximately contributed to or caused any purported damages to Plaintiff with a reasonable opportunity for investigation or discovery being likely to provide evidentiary support;

and should Plaintiff recover any damages, Defendant is entitled to have the damages reduced or eliminated to the extent that third parties contributed to or caused the damages.

### ELEVENTH SEPARATE DEFENSE

11. If Plaintiff suffered any damages, which Defendant denies, Defendant is informed and believes and on that basis alleges that Plaintiff failed to discharge its duty to mitigate damages for which a reasonable opportunity for investigation or discovery is likely to provide evidentiary support; and any damages awarded to Plaintiff should be reduced accordingly.

### TWELFTH SEPARATE DEFENSE

12. If Plaintiff suffered any damages, which Defendant denies, Defendant acted in good faith, innocent of any knowledge or intent to infringe Plaintiff's rights or cause damage to Plaintiff; and if such good faith and lack of intent does not preclude liability, any general or statutory damages awarded to Plaintiff should be reduced accordingly.

### PRAYER FOR RELIEF

WHEREFORE, Defendant Kos Media LLC prays as follows:

1. That Plaintiff takes nothing, whether in the form of damages or injunctive relief, by its Complaint;

2. For a judgment dismissing the Complaint with prejudice;

3. For costs of suit including, without limitation, reasonable attorneys' fees as may be allowed under Section 505 of Title 17 of the United States Code and as may otherwise be allowed by law; and

For such other and further relief as the Court deems just and proper.

DATED: December 3, 2025                    HANSON BRIDGETT LLP

By:     */s/ Garner K. Weng*
        GARNER K. WENG
        Attorneys for Defendant
        KOS MEDIA, LLC

**DEMAND FOR JURY**

Defendant Kos Media LLC hereby demands trial by jury of all claims so triable.

DATED:  December 3, 2025                    HANSON BRIDGETT LLP


By: _____/s/ Garner K. Weng_____
GARNER K. WENG
Attorneys for Defendant
KOS MEDIA, LLC